JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREYCROFT PARTNERS, IV, LP, a Delaware Limited Partnership<br><br>Plaintiff,<br><br>v.<br><br>KATHRYN RETZER, an individual,<br><br>Defendant. | CV 19-09759 PA (JEMx)<br><br>JUDGMENT |

    Pursuant to this Court's February 12, 2020 Order which dismissed plaintiff Greycroft Partners, IV LP's ("Plaintiff") federal securities fraud claim, and declined to exercise supplemental jurisdiction over Plaintiff's state common law fraud claim,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's federal securities fraud claim is dismissed with prejudice;

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim, and that claim is dismissed without prejudice (See U.S.C. § 1367(c)(3));.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing on its federal claim and that defendant Kathryn Retzer shall have her costs of suit pursuant to Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

DATED: February 12, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE